UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DARRYL WILLIAMS | CIVIL ACTION NO. 5:23-0911 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MARTIN O' MALLEY, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAYLA D. MCCLUSKY |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Commissioner's decision is hereby **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent therewith.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 13th day of May, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT